# Court of Appeals
# of the State of Georgia

ATLANTA, July 12, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1708. GUICE v. THE STATE.**

The above-referenced appeal was docketed with this Court on June 20, 2024. Pursuant to Court of Appeals Rule 23 (a), Appellant's brief was due to be filed on or before July 10, 2024. The deadline has since passed, and Appellant has not sought an extension of time in which to file his brief. Accordingly, this appeal is hereby DISMISSED. *See* Court of Appeals Rule 23 (a).

We also instruct Appellant as follows: Your appeal has been DISMISSED because your attorney failed to timely file a brief and enumeration of errors. If you have decided you do not want to appeal, you need not do anything more. However, if you believe you were unconstitutionally deprived of your right to an appeal, you may be able to pursue relief for that claim, as well as any other claims alleging deprivation of your constitutional rights in the proceedings that resulted in your conviction, by way of a petition for writ of habeas corpus. See OCGA § 9-14-41 et seq. You should be aware, however, of the restrictions that may apply to such habeas corpus filings, including the time deadlines provided by OCGA § 9-14-42 (c) and the limitation on successive petitions provided by OCGA § 9-14-51.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/12/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*